IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

_____

| | | |
|---|---|---|
| ROSANN M. WILKS, et al. | ) | |
| on behalf of herself and all other | ) | |
| similarly situated plaintiffs | ) | |
| | ) | Civil Action: 3-02-0837 |
| Plaintiffs, | ) | |
| | ) | JUDGE TRAUGER |
| v. | ) | JUDGE KNOWLES |
| | ) | |
| THE PEP BOYS | ) | |
| | ) | (DEMAND FOR JURY TRIAL) |
| Defendant. | ) | |

_____

## PLAINTIFFS' CROSS MOTION FOR PARTIAL SUMMARY JUDGMENT

In addition to opposing Defendant's Motion for Partial Summary Judgment, plaintiffs respectfully move this Court to enter Partial Summary Judgment in plaintiffs' favor concerning whether Pep Boys' flat rate employees are exempt from the Fair Labor Standards Act's ("FLSA") overtime pay provisions. Additionally, since Pep Boys does not compensate its flat rate employees pursuant to a bona fide commission system, this Court should also rule as a matter of law concerning the legality of Pep Boys' compensation system for its flat rate employees.

DATE: May 4, 2006                    Respectfully Submitted,


                                     __s/ Heidi R. Burakiewicz____
                                     Gregory K. McGillivary
                                     Heidi R. Burakiewicz
                                     WOODLEY & McGILLIVARY
                                     1125 15th Street, N.W.
                                     Suite 400
                                     Washington, D.C. 20005
                                     (202) 833-8855
                                     Facsimile (202) 452-1090



                                     ___s/ Charles P. Yezbak, III ___
                                     Charles P. Yezbak, III
                                     2002 Richard Jones Road
                                     Suite B-200
                                     Nashville, TN 37215
                                     (615) 250-2000
                                     (615) 250-2020 (Facsimile)
                                     yezbak@yezbaklaw.com

                                     Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I certify that Plaintiffs' Motion for Summary Judgment was served on May 4,

2006 electronic service to defendant's counsel of record:

Kathy B. Houlihan
Morgan, Lewis & Bockius, LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

Mark C. Travis
Michael W. Jones
Wimberly Lawson Seal Wright & Daves, PLLC
200 4th Avenue, North
Suite 900
Noel Building
Nashville, Tennessee 37219

\_\_s/ Heidi R. Burakiewicz\_\_\_\_
Heidi R. Burakiewicz