IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
Nashville Division

| | |
|---|---|
| ROSANN M. WILKS, et al. | )<br>) |
| Plaintiffs, | ) Civil Action: 3-02-0837<br>) |
| v. | ) JUDGE TRAUGER<br>) JUDGE KNOWLES |
| THE PEP BOYS | )<br>) (JURY DEMAND) |
| Defendant. | )<br>) |

## DEFENDANT'S MOTION TO FILE PEP BOYS' LABOR GUIDE UNDER SEAL AND MEMORANDUM IN SUPPORT

Defendant, The Pep Boys – Manny, Moe & Jack, pursuant to Administrative Order 167, 5.07 of this Court, respectfully requests that the Court file under seal the exhibit marked Exh. A To Second Greg Russ Declaration and "FILED UNDER SEAL," which is offered in support of Defendant's Opposition To Plaintiffs' Introduction Of New Exhibit After Briefing On Cross-Motions For Summary Judgment Closed (DKT# 400).

Defendant requests that the Court file Exh. A To Second Greg Russ Declaration under seal, because it contains confidential, business-sensitive information subject to the Stipulated Protective Order in this case.

Dated: July 11, 2006                                     Respectfully submitted,

/s Michael Jones                                          /s Kathy B. Houlihan
Mark C. Travis (Bar No. 011165)                           Kathy B. Houlihan (*Pro hac vice*)
Michael Jones (Bar No. 021294)                            Joyce E. Taber (*Pro hac vice*)
Wimberly Lawson Seale Wright & Daves,                     Morgan Lewis & Bockius LLP
 PLLC                                                     1111 Pennsylvania Ave., N.W.
200 Fourth Avenue, North, Suite 900                       Washington, D.C. 20004
Nashville, TN  37219                                      (202) 739-5073 (telephone)
(615) 727-1000 (telephone)                                (202) 739-3001 (facsimile)
(615) 727-1001 (facsimile)

Michael L. Banks (*Pro hac vice)*  
Morgan, Lewis & Bockius LLP  
1701 Market Street  
Philadelphia, PA  19103-2921  
(215) 963-5387 (telephone)  
(215) 963-5001 (facsimile)  


Counsel for Defendant, Pep Boys

## CERTIFICATE OF SERVICE

I, Kathy B. Houlihan, hereby certify that a true and exact copy of Defendant Pep Boys' Motion To File Labor Guide Under Seal and Memorandum In Support and a Proposed Order have been filed with the Court via the Court's Electronic Court Filing System (CM/ECF), on the 11th day of July, 2006, and served upon the following by the same method.

In addition, a copy of Exhibit A to Greg Russ' Second Declaration (the exhibit filed under seal, pending the Court's ruling on the instant motion) was served via first class mail, postage prepaid, upon the following counsel at the listed addresses, this 11th day of July 2006.

> Gregory K. McGillivary
> Heidi R. Burakiewicz
> Laura A. Brown
> Eric Hallstrom
> WOODLEY & McGILLIVARY
> 1125 15TH Street, NW, Suite 1400
> Washington, DC  20005
>
> Charles P. Yezbak, III
> 2002 Richard Jones Road, Suite B-200
> Nashville, TN  37215
>
>  /s Kathy B. Houlihan_____