# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

ROSANN M. WILKS, et al.,       )
                                    )
       Plaintiffs,          )
                                    )     **Case No. 3:02-0837**
v.                            )     **Judge Trauger**
                                    )
THE PEP BOYS,            )
                                    )
       Defendant.          )

## ORDER

For the reasons expressed in the accompanying Memorandum, the Defendant Pep Boys' Motion Challenging Collective Treatment of Plaintiffs' Claims (Docket No. 324) is **DENIED**.

Additionally, the Defendant Pep Boys' Motion for Partial Summary Judgment (Docket No. 303) is **DENIED**, and the Plaintiffs' Cross Motion for Summary Judgment (Docket No. 339) is **GRANTED IN PART** and **DENIED IN PART**.

It is so ordered.

Enter this 26th day of September 2006.

_____
ALETA A. TRAUGER
United States District Judge